DAVID L. HENKIN #6876
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| OUR COMMON WEALTH 670, PÅGANWATCH, CONSERVATION COUNCIL FOR HAWAIʻI, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CIVIL NO. CV-26-469 JAO-KJM<br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE<br><br>Judge: Hon. Jill A. Otake<br>Trial Date: None Set |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

In this lawsuit, Plaintiffs Our Common Wealth 670, PåganWatch, Conservation Council for Hawai'i, and Center for Biological Diversity (collectively, Plaintiffs) challenge the National Marine Fisheries Service's (NMFS) final determination (Letter of Concurrence) that deep-sea-mining leases off the Mariana Islands are not likely to adversely affect any threatened or endangered species or critical habitat.

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiffs, through their counsel Earthjustice, hereby move for summary judgment that NMFS:

1. Violated section 7 of Endangered Species Act (ESA), 16 U.S.C. § 1536, its implementing regulations, and the Administrative Procedure Act (APA), 5 U.S.C. § 706, by issuing a Letter of Concurrence that failed to evaluate all effects of the agency action; and
2. Violated ESA section 7, its implementing regulations, and the APA by failing to issue a biological opinion for the planned lease sale in the Mariana Islands and failing to express its views on whether the entire action would likely violate ESA section 7(a)(2), 16 U.S.C. § 1536(a)(2).

This motion is based on the pleadings and other papers on file herein, the memorandum attached hereto, the concise statement, declarations, and exhibits filed herewith, and such other matters as may be presented to the Court. This motion is made following the conference of counsel pursuant to LR7.8, which took place on September 23, 2026, and continued on September 29, 2026.

In their Local Rule 7.8 conference, the parties agreed that, due to the significant overlap between the issues presented in this motion with the issues in the pending motion for summary judgment in *Fa'asao Amerika Samoa, et al. v. National Marine Fisheries Service, et al.*, Civ. No. 26-00438-JAO-KJM (D. Haw. filed Sept. 4, 2026), a hearing is not necessary. The parties intend promptly to submit a briefing schedule for the Court's consideration. If the Court concludes that a hearing would be helpful, the parties respectfully request that the Court hold a status conference to set the hearing date.

DATED: October 2, 2026.

DAVID L. HENKIN
HARLEY M. BROYLES
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

/s/ Christopher D. Eaton
CHRISTOPHER D. EATON
(*pro hac vice*)

EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs
Our Common Wealth 670, PåganWatch,
Conservation Council for Hawai‘i, and
Center for Biological Diversity