DAVID L. HENKIN #6876
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| OUR COMMON WEALTH 670, PÅGANWATCH, CONSERVATION COUNCIL FOR HAWAIʻI, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CIVIL NO. CV-26-469 JAO-KJM<br><br>PLAINTIFFS' CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF CHRISTOPHER D. EATON; EXHIBITS 1–5; DECLARATION OF THERESA ARRIOLA; DECLARATION OF MALLORY MUÑA; DECLARATION OF PETER PEREZ; DECLARATION OF CECILIO RAIUKIULIPIY; DECLARATION OF JONNETTA PETERS; DECLARATION OF MICHAEL NAKACHI; DECLARATION OF KRISTEN MONSELL; DECLARATION OF JO |

) NITA QUENGA KERR;
) DECLARATION OF BRIAN
) ZGLICZYNSKI, Ph.D.; EXHIBIT 6
)
) Judge: Hon. Jill A. Otake
) Trial Date: None Set
)

# PLAINTIFFS' CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1, Plaintiffs Our Common Wealth 670, PåganWatch, Conservation Council for Hawai‘i, and Center for Biological Diversity, through their counsel Earthjustice, hereby submit their concise statement of undisputed material facts in support of their Motion for Summary Judgment, filed herewith:

1. On July 22, 2026, the National Marine Fisheries Service (NMFS) received a request from the Marine Minerals Administration (MMA)—then known as the Bureau of Ocean Energy Management—for "expedited informal consultation" on MMA's "action to issue up to six leases for the purpose of commercial mining" in the Mariana Islands. Ex. 3: Letter of Concurrence (LOC) at 1; *see also id.* at 2–3.

2. MMA sought NMFS's concurrence that its action "may affect, but is not likely to adversely affect" approximately sixty species listed as threatened or endangered under the Endangered Species Act (ESA). Ex. 3: LOC at 4–10.

3. MMA provided NMFS with a biological assessment (BA) in support of its request. Ex. 3: LOC at 1; Ex. 2: BA at 11.

4. The BA identifies the "action area" as "two areas, east and west of the CNMI where most of the Proposed Action will occur," as well as "two additional

areas to account for possible vessels transiting from Hawai'i and the U.S. West Coast." Ex. 2: BA at 23, 25; *see also id.* at 9.

5. The BA states that the "need" for the lease sale is to "is to help meet U.S. demand for critical minerals." Ex. 2: BA at 10; *see also id.*, App'x A1 at 1.

6. The BA limits the "effects of the action" for consultation to "preliminary activities," which are defined as "bathymetric, geological, geophysical, mapping, and other surveys necessary to develop a comprehensive Delineation, Testing, or Mining Plan." Ex. 2: BA at 7, 14–20, 82–103.

7. The BA does not include or otherwise analyze effects from exploration, testing, development, or mining on leases as "effects of the action." Ex. 2: BA at 82–103.

8. The BA indicates that preliminary activities may affect ESA-listed marine mammals, sea turtles, sharks, and rays through: noise from surveys, aircraft, and vessels; vessel collisions; entanglement in mooring systems for buoys and deep-tow survey systems; disturbance to feeding or modified prey abundance; habitat disturbance; and release of pollutants and marine debris. Ex. 2: BA at 82–103.

9. The BA concludes that the action "may affect but [is] not likely to adversely affect" fifty-eight ESA-listed species and critical habitat for ten species. Ex. 2: BA at 104–09.

10. On August 10, 2026, NMFS issued a short letter concurring with MMA's determination that the action may affect but is not likely to adversely affect any ESA-listed species or critical habitat. Ex. 3: LOC at 4.

11. The LOC discusses only effects from preliminary activities and does not contain any evaluation of any of the effects of post-leasing exploration, testing, development, or production. Ex. 3: LOC at 3.

12. The LOC does not discuss effects from aircraft noise, vessel noise, vessel collisions, entanglement in mooring systems, disturbance to feeding or modified prey abundance, habitat disturbance, or release of pollutants and marine debris that are caused by preliminary activities. Ex. 3: LOC at 3.

13. The LOC discusses acoustic impacts from surveys but assumes that all operations "are strictly limited to Tier 4 sound sources as defined by (Ruppel et al. 2022) and *de minimis*" and that "[t]he use of high-impact, medium-penetration, or non-Tier 4 acoustic equipment is prohibited." Ex. 3: LOC at 3.

14. In preparing its LOC, NMFS had no evidence that MMA has specific and binding plans to implement the survey equipment criteria on which NMFS relied to conclude that noise from preliminary activities is not likely to adversely affect ESA-listed species. Ex. 2: BA at App'x B.

15. The LOC states that NMFS's concurrence "concludes informal consultation under section 7 of the ESA" for the proposed lease sale in the Mariana Islands. Ex. 3: LOC at 10.

DATED: October 2, 2026.

DAVID L. HENKIN
HARLEY M. BROYLES
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

/s/ Christoper D. Eaton
CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs
Our Common Wealth 670, PåganWatch,
Conservation Council for Hawai'i, and
Center for Biological Diversity