DAVID L. HENKIN #6876
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai‘i 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs[1]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI‘I

| | |
|---|---|
| OUR COMMON WEALTH 670, PÅGANWATCH, CONSERVATION COUNCIL FOR HAWAI‘I, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CIVIL NO. CV-26-469 JAO-KJM<br><br>STIPULATION RE: SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER<br><br>Judge: Hon. Jill A. Otake<br>Trial Date: None Set<br><br>Related to ECF 19 |

[1] Pursuant to Local Rule 10.2(b), please refer to the signature page for the complete list of parties represented.

STIPULATION RE: SUMMARY JUDGMENT BRIEFING SCHEDULE

The parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court enter the following briefing schedule for resolution of Plaintiffs' motion for summary judgment (ECF 19):

1. On or before October 16, 2026, Defendants shall lodge the administrative record and provide the administrative record to Plaintiffs' counsel.

2. On or before October 20, 2026, Plaintiffs shall file an amended motion for summary judgment and an amended concise statement that replace references to the following exhibits with the appropriate administrative record citations: the Marine Minerals Administration's Biological Assessment (ECF 20-3), National Marine Fisheries Service's Letter of Concurrence (ECF 20-4), and the 2025 Gulf Biological Opinion (ECF 20-6).

3. On or before October 30, 2026, Defendants shall file their opposition to Plaintiffs' Motion for Summary Judgment.

4. On or before November 6, 2026, Plaintiffs shall file their reply in support of their Motion for Summary Judgment.

5. In their Local Rule 7.8 conference, the parties agreed that, due to the significant overlap between the issues presented in this motion with the issues in the pending motion for summary judgment in *Fa'asao Amerika Samoa, et al. v. National Marine Fisheries Service, et al.*, Civ. No. 26-00438-JAO-KJM (D. Haw.

filed Sept. 4, 2026), a hearing is not necessary to resolve Plaintiffs' motion for summary judgment in this case. However, if the Court concludes that a hearing would be helpful, the parties respectfully request that the Court hold a status conference to set the hearing date.

DATED: October 2, 2026.

DAVID L. HENKIN
HARLEY M. BROYLES
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

/s/ Christopher D. Eaton
CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX
Deputy Section Chief
U.S. DEPARTMENT OF JUSTICE
Energy & Natural Resources Division

/s/ Jessica L. Cole
JESSICA L. COLE (D.C. Bar#1011384)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
T: (202) 598-3105
Email: jessica.cole3@usdoj.gov

Attorneys for Federal Defendants

APPROVED AND SO ORDERED

DATED: