DAVID L. HENKIN #6876
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| OUR COMMON WEALTH 670, PÅGANWATCH, CONSERVATION COUNCIL FOR HAWAIʻI, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CIVIL NO. CV-26-469 JAO-KJM<br><br>PLAINTIFFS' REPORT OF THE PARTIES' DISCOVERY PLANNING MEETING |

# PLAINTIFFS' REPORT OF THE PARTIES' DISCOVERY PLANNING MEETING

Pursuant to Local Rule 26.1 of the Local Rules of Practice for the United States District Court for the District of Hawai‘i, beginning on October 5, 2026, the parties conferred via electronic mail regarding discovery planning. The conference included David L. Henkin, Christopher D. Eaton, Joseph V. Langkilde and Harley M. Broyles, for Plaintiffs Our Common Wealth 670, PåganWatch, Conservation Council for Hawai‘i, and Center for Biological Diversity (collectively, "Plaintiffs") and Jessica L. Cole for defendants National Marine Fisheries Service and Howard Lutnick, in his official capacity as Secretary of Commerce of the United States (collectively, "Defendants").

Plaintiffs have shared this report with Defendants prior to filing it with this Court. To the extent that the parties disagree regarding any matter, it is noted herein.

## I. DISCOVERY PLAN

Pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure ("FRCP"), the parties' views and proposals on a discovery plan were discussed:

A. Initial Disclosures (FRCP Rule 26(f)(3)(A))

The parties agree that Plaintiffs' claims involve an action for review on an administrative record and, thus, are exempt from initial disclosures pursuant to FRCP Rule 26(a)(1)(B)(i).

B. Scope and Timing of Discovery (FRCP Rule 26(f)(3)(B))

1. Pursuant to the Court's Order amending the briefing deadlines regarding Plaintiffs' Motion for Summary Judgment (ECF 22), per the parties' stipulation (ECF 23), Defendants will produce the administrative record by October 16, 2026. Defendants will send the administrative record to Plaintiffs electronically, via Box.

2. The parties agree that no discovery is needed with respect to the merits of Plaintiffs' claims.

3. The parties anticipate that discovery may be needed with respect to the remedy in this case.

C. Electronic Discovery (FRCP Rule 26(f)(3)(C))

1. In the event that either party seeks discovery regarding the remedy (*see* Part I.B.3, *supra*), the parties will confer to seek agreement regarding the form of electronic discovery. If the parties are unable to reach an agreement, they will seek the Court's assistance.

D. Privilege (FRCP Rule 26(f)(3)(D))

At this time, the parties do not anticipate any unusual issues concerning claims of privilege or work product.

E. Limitations on Discovery (FRCP Rule 26(f)(3)(E))

At this time, the parties do not anticipate the need for other changes in the limitations on discovery imposed under the FRCP.

F. Other Orders (FRCP Rule 26(f)(3)(F))

The parties agree that, should there be any discovery, Defendants will serve copies of any discovery requests and/or responses on Plaintiffs' counsel's litigation assistant, Julie Parks, via electronic mail (at jparks@earthjustice.org).

II. OTHER MATTERS

A. The parties have discussed settlement and believe it is unlikely in this case and expect that this matter will be resolved through summary judgment briefing.

B. The parties agree that a trial is not necessary in this case and, as previously stated, expect that this matter will be resolved through summary judgment briefing.

C. The parties have discussed alternative dispute resolution options, including, without limitation, the option of participation in the Court's mediation

program. The parties do not believe that alternative dispute resolution would be helpful in this case.

DATED: Honolulu, Hawai‘i, October 15, 2026.

/s/ Harley M. Broyles
DAVID L. HENKIN
HARLEY M. BROYLES
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai‘i 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
*(pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs
Our Common Wealth 670, PåganWatch,
Conservation Council for Hawai‘i, and
Center for Biological Diversity