ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
JOHN H. MARTIN, Senior Trial Attorney (Colo. Bar #32667)
JESSICA L. COLE, Trial Attorney (D.C. Bar#1011384)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-319-5359 (Martin); (202) 598-3105 (Cole)
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov; jessica.cole3@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| OUR COMMON WEALTH 670, PAGAWANWATCH, CONSERVATIOCOUNCIL FOR HAWAI`I, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | Case No. CV-26-00469<br><br>Federal Defendants' Notice of Filing Agency Administrative Record<br><br>Judge: Hon. Jill A. Otaka |

Federal Defendants' Notice of Filing Agency Administrative Record

Federal Defendants the National Marine Fisheries Service and Howard Lutnick, in his official capacity as Secretary of the U.S. Department of Commerce, (collectively "NMFS") provide notice that they have transmitted to the Court for manual filing NMFS's administrative record for this case. NMFS's administrative record is located on one portable external flash drive, two copies of which are being delivered today to the Court via manual delivery to the Clerk of Court (one copy for the case file and the second copy for the Court's chambers). Federal Defendants' certification of the administrative record is attached hereto as an exhibit. Counsel of record for Federal Defendants is also serving a copy of the administrative record to counsel of record for Plaintiffs on this same day through an electronic filesharing platform where it can be downloaded in electronic format by the office of counsel of record.

Respectfully submitted this 16th day of October 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief United States Department of Justice Energy & Natural Resources Division

/s/ *Jessica L. Cole*
JESSICA L. COLE (D.C. Bar # 1011384)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611

T: (202) 598-3105
Email: jessica.cole3@usdoj.gov

JOHN H. MARTIN (Colo. Bar #32667)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-319-5359
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov

*Attorneys for Federal Defendants*