**Index: Commonwealth 670/Pagawan v. National Marine Fisheries Service**

| DESCRIPTION | DATE | BATES NUMBER | Hyperlink | Section |
|---|---|---|---|---|
| Email from C. Mori to J. Rudolph: Requesting technical assistance for upcoming ESA/EFH Consultation | 6/16/2026 | C00001 | C00001 | Background Tecchnical Information & Initiation |
| Email from J. Rudolph to C.Mori: Requesting technical assistance for upcoming ESA/EFH Consultation re: ESA listed species | 6/16/2026 | C00003 | C00003 | Background Tecchnical Information & Initiation |
| Email from A. Barkman to C. Mori: Requesting technical assistance for upcoming ESA/EFH Consultation asking questions | 6/16/2026 | C00004 | C00004 | Background Tecchnical Information & Initiation |
| Email from S. Zaleski to A. Barkman: Requesting technical assistance for upcoming CNMI ESA/EFH consultation responding to Barkman questions | 6/18/2026 | C00005 | C00005 | Background Tecchnical Information & Initiation |
| Email from D. Reeb to A. Barkman and J. Rudolf ESA/EFH consultation request minerals related activities off shore - responses to NMFS's comments on draft BA | 7/22/2026 | C00008 | C00008 | Background Tecchnical Information & Initiation |
| Final BA Commonweath of Northern Mariana Islands Ciritical Minerals BA and EFH | 7/1/2026 | C00011 | C00011 | Background Tecchnical Information & Initiation |
| Table 16. Summary of Boema's determinations for NMFS ESA-listed species and CH | 7/8/2026 | C00205 | C00205 | Background Tecchnical Information & Initiation |
| Email from J. Rudolph to D. Reeb ESA/EFH consultation request for critical mineral-related activities offsore CNMI - confirms receipt of BOEM request for combined expedited | 7/23/2026 | C00210 | C00210 | Background Tecchnical Information & Initiation |
| Email from J. Rudolf to D. Reeb ESA/EFH consultation request for critical minerals-realted activities offshore CNMI - materials sufficient to initiate expedited combined consultation | 7/23/2026 | C00211 | C00211 | Background Tecchnical Information & Initiation |
| Email from j. Rudolph to D. Reeb - ESA/EFH consultation request for critical minerals-related activties offshore CNMI attached letter of concurrence | 8/11/2026 | C00212 | C00212 | Consultation Completed: Letter of Concurrence & Rationale |
| Attachment: Letter of Concurrence dated 8/10/2026 to D. Reeb from K. Brindock | 8/10/2026 | C00213 | C00213 | Consultation Completed: Letter of Concurrence & Rationale |
| NMFS rationale by J. Rudolph (ESA); A. Barkman (EFH) | 2026 (01570) | C00226 | C00226 | Consultation Completed: Letter of Concurrence & Rationale |
| Email from D. Reeb to J. Rudolph, cc A. Barkman Re: ESA/EFH consultation request for critical minerals-related activities offshore CNMI - mahalo | 8/11/2026 | C00234 | C00234 | Consultation Completed: Letter of Concurrence & Rationale |
| NMFS ESA Biological and Conference Opinion (followed by Appendices at C00942) | 5/20/2025 | C00241 | C00241 | Reference Documents |
| Email from J. Rudolph to C. Mori BMPs for AUVs | 12/11/2025 | C01029 | C01029 | |
| EFH BMP | undated | C01030 | C01030 | |
| Best Management Prctices (BMP) for General In-Water Work | 1/1/2015 | C01031 | C01031 | Reference Documents |
| Action Agency Expedited Informal Consultation Requests | 9/23/2026 | C01033 | C01033 | Reference Documents |
| Remoted Operated Vehicles (ROVs)/Autonomous Underwater Vehicle (AUV) usage | undated | C01037 | C01037 | Reference Documents |
| S. Crocker, "Chracteristics of Sounds Emitted During High-Resolution Marine Geophysical Surveys" | 3/24/2016 | C01038 | C01038 | Reference Documents |

| | | | | |
|---|---|---|---|---|
| R2 C. Ruppel, "Categorizing Active Marcine Acoutic Sources Based on Their Potential to Affect Marine Animals" | 9/9/22 (Publ) | C01303 | C01303 | Reference Documents |
| J. Fayton, Quantifying Acoustic Impacts on Marine Mammals and Sea Turtles: Methods and Analytical Approach for Phase IV Training and Testing | 9/9/2024 | C01360 | C01360 | Reference Documents |
| Email chain from C. Mori to C. Wheeler introducing sampling footage from American Samoa. | 1/30/2026 | C01430 | C01430 | Reference Documents |
| Video 1 | | C01443 | C01443 | |
| Video 2 | | C01444 | C01444 | |
| Video 3 | | C01445 | C01445 | |
| Video 4 | | C01446 | C01446 | |
| Video 5 | | C01447 | C01447 | |
| Earthjustice Notice of Intent to Sue | 9/8/2026 | C01448 | C01448 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |